PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>APPROXIMATELY $22,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $18,000.00 IN U.S. CURRENCY, AND<br><br>APPROXIMATELY $9,970.00 IN U.S. CURRENCY,<br><br>             Defendants. | 2:23-MC-00423-WBS-DB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Jamal Christopher Spratling ("claimant"), by and through their respective counsel, as follows:

1.      On or about September 21, 2023, claimant filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $22,000.00 in U.S. Currency, Approximately $18,000.00 in U.S. Currency, and Approximately $9,970.00 in U.S. Currency (hereafter collectively "defendant currency"), which was seized on July 6, 2023.

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other

1  than claimant has filed a claim to the defendant currency as required by law in the administrative
2  forfeiture proceeding.
3      3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for
4  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant
5  currency is subject to forfeiture within ninety days after a claim has been filed in the administrative
6  forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the
7  parties. That deadline is December 20, 2023.
8      4.    By Stipulation and Order filed December 21, 2023, the parties stipulated to extend to
9  January 19, 2024, the time in which the United States is required to file a civil complaint for forfeiture
10 against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
11 subject to forfeiture.
12     5.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend
13 to February 20, 2024, the time in which the United States is required to file a civil complaint for
14 forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant
15 currency is subject to forfeiture.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

6.  Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to February 20, 2024.

Dated: 1/18/2024

PHILLIP A. TALBERT
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 1/17/2024

/s/ Curtis Fallgatter
CURTIS FALLGATTER
Attorney for potential claimant
Jamal Christopher Spratling

(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: January 19, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE